

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ROBERTS, Plaintiff, vs. JOHN MARSHALL, et al., Defendants. | Case No. CV 10-6795-JVS (DTB) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted without leave to amend as it relates to plaintiff's Due Process claim; that defendants' Motion to Dismiss is granted with leave to amend as it relates to plaintiff's Eighth Amendment claim; that defendants' Motion to Dismiss is granted with leave to amend as it pertains to plaintiff's state law tort claims; and that plaintiff is ordered to file a

/ / /

/ / /

First Amended Complaint within 30 days of the date of this Order if he still desires to pursue any of the claims being dismissed with leave to amend.

Dated: __November 15, 2011_

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE