JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TONY ROBERTS, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S), v. | CV10-6795-JVS (DTB) |
| JOHN MARSHALL, ET AL., | JUDGMENT |
| DEFENDANT(S). | (Failure to Pay Full Filing Fee) |

On _January 27, 2012_, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court the ☐ full filing fee ☑ initial partial filing fee.

By Order to Show Cause dated _March 26, 2012_, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the ☐ full filing fee ☑ initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the ☐ full filing fee ☑ inititial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

May 14, 2012
Date

_[signature: Audrey B. Collins]_
Chief United States District Judge

Presented by:

_[signature]_
United States Magistrate Judge